# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BURHAN CULCULOGLU, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MICHELLE LEE CULCULOGLU, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No.: 2:13-cv-00446-GMN-CWH <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE C. W. HOFFMAN, JR.** |

Before the Court for consideration is the Report and Recommendation (ECF No. 35) of the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, entered July 18, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by August 1, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Petitioner Burhan Culculoglu's Verified Complaint and Petition for Return of Children pursuant to the Hague Convention on the Civil Aspects of International Child Abduction ("Convention") (ECF No. 1) is hereby **DENIED** and the children shall remain in the custody of the Respondent Michelle Lee Culculoglu in Nevada.

**IT IS FURTHER ORDERED** that Petitioner Burhan Culculoglu's request for travel expenses, attorney fees, and court costs pursuant to 42 U.S.C. § 11607 is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 8th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge